AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
MAY – 7 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

2353 Upper Greens Place, Virginia Beach, VA 23456

)
)
)
)
)
)

Case No. 2:24-SW-85

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the ____Eastern____ District of ____Virginia____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| a. 18 U.S.C. § 371 | a. (Conspiracy to Defraud the United States and its Agencies) |
| b. 18 U.S.C. §§ 1343 & 1349 | b. (Wire Fraud and Conspiracy) |
| c. 18 U.S.C. § 1028A | c. (Aggravated Identity Theft) |
| d. 18 U.S.C. §§ 1028(a)(7), (b)(1)(D), (c)(3)(A) & (f) | d. (Fraud with Identity Documents and Conspiracy) |
| e. 8 U.S.C. § 1324a & 18 U.S.C. §§ 2, 371 | e. (Unlawful Employment of Aliens and Conspiracy) |
| f. 18 U.S.C. §§ 1956(a)(1)(B)(i) & (h) (a)(2)(A), & (f) | f. (Money Laundering and Conspiracy) |
| g. 18 U.S.C. § 1960 | g. (Unlicensed Money Transmitting Business) |

The application is based on these facts:
See Affidavit

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*David Booth*
*Applicant's signature*

Reviewed by AUSA/SAUSA:
Kristin G. Bird, AUSA
*Printed name and title*

David Booth, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
____Telephone____ *(specify reliable electronic means)*

Date: 5/7/24

City and state: Norfolk, VA

*Judge's signature*

United States Magistrate Judge
*Printed name and title*